U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

MAR 16 2007

ROBERT H. SHEMWELL, CLERK
BY _____
     DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

**MARVIN TARVER**            **CIVIL ACTION**

**VERSUS**            **NO.: 06-2280**

**N. BURL CAIN, Warden, La. State Pen.**       **SECTION: "P"**

### CERTIFICATE OF APPEALABILITY

A notice of appeal having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the Court, considering the record in the case and the requirement of *F.R.A.P., Rule 22(b)*, hereby finds that:

[ ] a certificate of appealability for an appeal is hereby GRANTED.

[X] a certificate of appealability for an appeal is hereby DENIED.

**REASONS FOR DENIAL:**
PETITIONER HAS NOT MADE A SUBSTANTIAL SHOWING OF THE DENIAL OF A CONSTITUTIONAL RIGHT

Date: 3/16/07 AT
ALEXANDRIA, LA

_____
United States District Judge